ROYAL INDUSTRIAL BANK, Appellee, v. LOUIS H. GREEN FURS, Inc., Appellant.
No. 357.

Circuit Court of Appeals, Second Circuit.
June 5, 1939.

Nachamie & Benjamin, of New York City (H. Stuart Klopper, of New York City, on the brief), for appellant.

Marcy Finkelstein and Finkelstein & Jacobs, all of New York City (George Robert Cohen, of New York City, on the brief), for appellee.

Before L. HAND; AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Order affirmed.

George RULE v. UNITED STATES of America.
No. 1936.

Circuit Court of Appeals, Tenth Circuit.
July 21, 1939.

Sid White, of Oklahoma City, Okl., for appellant.

Wade H. Loofbourrow, Asst. U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, pursuant to stipulation.

In the Matter of The Petition of STANDARD TOWING CORPORATION, as Owner of the Diesel Tug THE EDWIN CHILTON for Exoneration from or Limitation of Liability.
No. 388.

Circuit Court of Appeals, Second Circuit.
June 19, 1939.

Purdy, Mason & Lamb, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for petitioner-appellant.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellee New York Scow Corporation.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for cargo appellees.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Decree affirmed.